## Commonwealth *v.* Chambers, Appellant.

Argued November 10, 1969. *Robert D. Repasky,* for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District

802

Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.